BTXN 138 (rev. 03/15)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In Re:<br>Yuma Energy, Inc.<br><br>Debtor(s)<br>Laurie Rea, Chapter 7 Trustee of Yuma Energy, Inc.<br>and The Yuma Companies, Inc.<br>Plaintiff(s)<br>vs.<br>Red Mountain Capital Partners, LLC  et al.<br>Defendant(s)<br><br>Laurie Rea, Chapter 7 Trustee of Yuma Energy, Inc.<br>and The Yuma Companies, Inc.<br>Plaintiff(s)<br>vs.<br>Red Mountain Capital Partners, LLC et al.<br>Defendant(s) | Case No.:    20−41455−mxm7<br>Chapter No.:   7<br><br>Adversary No.:   22−04022−mxm<br><br>Civil Case No.:       4:22−cv−565−O |

## NOTICE OF TRANSMITTAL REGARDING WITHDRAWAL OF REFERENCE

I am transmitting:

- ☐ One copy of the Motion to Withdraw Reference (USDC Civil Action No. − DNC Case) **NOTE**: A Status Conference has been set for  at , in _ before U.S. Bankruptcy Judge _. The movant/plaintiff, respondent/defendant or other affected parties are required to attend the Status Conference.
- ☑ One copy of:  Report and recommendation to the US District Court .

**TO ALL ATTORNEYS:** Fed.R.Bankr.P. 5011(a) A motion for withdrawal of a case or proceeding shall be heard by a district judge, [*implied*] that any responses or related papers be filed likewise.

DATED:  8/12/22

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/Jeanette Almaraz, Deputy Clerk